**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-2067**

CELESTIN MONGA,

        Plaintiff - Appellant,

      v.

ABS MOVING & STORAGE, INC.; NATALIE SMITH; AVI SABBAN,

        Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Paul W. Grimm, District Judge.  (8:16-cv-02000-PWG)

Submitted:  April 12, 2019                        Decided:  May 7, 2019

Before AGEE and RICHARDSON, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Frederic D. Abramson, LAW OFFICES OF FREDERIC D. ABRAMSON, Gaithersburg, Maryland, for Appellant.  Tamara B. Goorevitz, FRANKLIN & PROKOPIK, P.C., Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Celestin Monga seeks to appeal the district court's order denying Monga's motion for reconsideration of the denial of his motion for remand. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Monga seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*